AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

BRIETTE LAPLAND;
        Plaintiff(s)
   v.          **Civil Action No.**   3:14cv1665

WILLOW-BROOKES SOLUTIONS INC;
        Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

**X** the plaintiff ___BRIETTE LAPLAND___ recover from the defendant ___WILLOW-BROOKES SOLUTIONS INC___ the amount of ___Sixty thousand five hundred sixty-five dollars and no cents___ dollars $ ___60,565.00___, which includes prejudgment interest at the rate of ___0.22___ % plus post-judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: ___The Defendant is ordered to pay the Plaintiff a total of $60,565.00, as detailed in the Report and Recommendations.___

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge ___William C. Lee___ on a motion for ___Default Judgment.___

DATE:___March 12, 2015___        ROBERT TRGOVICH, CLERK OF COURT

                          by       S/ C. Reed
                             *Signature of Clerk or Deputy Clerk*